# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### 17-cv-1011 KWR/GBW

*Ellis et al. v. Hobbs Police Department et al.*

### Date of Hearing:   6/3/2021
*(final agreement recorded – Liberty Dona Ana)*

**Attorneys for Plaintiffs:**              Joseph Kennedy
                                           Shannon Kennedy

**Plaintiffs:**                            Jeremy Artis
                                           Vasshawn Robinson
                                           Brandon Ellis

**Attorneys for Defendants:**              David Smith
                                           Todd Raskin

**Defendant City of Hobbs Representative:**   Efren Cortez

**Defendants' Insurer's Representative:**     David Karamessinis


**Proceedings**:                           Settlement Conference

   *Start Time*:             9:30 a.m.
   *Stop Time*:              4:20 p.m.
   **Total Time:**           **6 hours 50 minutes**

**Clerk**:                                 JLS

**Notes**:

- The parties reached a settlement.